GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Angela.Woolridge@usdoj.gov
Attorneys for Plaintiff

FILED
2021 MAY -5 PM 4: 23
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 21-944-TUC-RM(LCK) |
|---|---|
| Plaintiff, | MOTION TO SEAL INDICTMENT |
| vs. | |
| Cesar Ignacio Perez-Barrios, | (UNDER SEAL) |
| Defendant. | |

Now comes the United States of America, by and through its attorneys undersigned, and moves this Court for an order sealing the Indictment, this Motion to Seal, and the Order to Seal herein for the reason that the defendant is a fugitive. The Indictment, this Motion to Seal and the Order to Seal are to remain sealed until further order of this Court.

Respectfully submitted this 5th day of May, 2021.

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

ANGELA W. WOOLRIDGE
Assistant U.S. Attorney