GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

ANGELA W. WOOLRIDGE
Assistant United States Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

FILED
2021 MAY -5 PM 4: 28
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR21-00944 TUC-RM(LCK)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>vs.<br><br>Cesar Ignacio Perez-Barrios,<br><br>          Defendant. | No.<br><br>**INDICTMENT**<br><br>VIO:   18 U.S.C. § 554(a)<br>         (Smuggling Goods from the United States)<br>         Count 1<br><br>         18 U.S.C. § 371<br>         (Conspiracy)<br>         Count 2<br><br>**(UNDER SEAL)** |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about April 28, 2019, in the District of Arizona, CESAR IGNACIO PEREZ-BARRIOS knowingly exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, to wit: five AR-style upper receivers, five AR-style lower receivers, five AR-style barrels, five AR-style buffer tubes, five trigger component kits, and five AR-style pistol grips; knowing the same to be intended for exportation contrary to any law or regulation of the

United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1;

All in violation of Title 18, United States Code, Section 554(a).

## COUNT 2

Beginning at a time unknown and continuing on or about 2016 through 2019, in the District of Arizona, CESAR IGNACIO PEREZ-BARRIOS did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the grand jury, to commit offenses against the United States, that is: to knowingly export and send from the United States, and attempt to export and send from the United States, any merchandise, article, or object, contrary to any law or regulation of the United States, and to receive, conceal, buy, sell, and in any manner facilitate the transportation, concealment, and sale of such merchandise, article or object, knowing the same to be intended for exportation contrary to any law or regulation of the United States; in violation of Title 18, United States Code, Section 554(a).

**Purpose of the Conspiracy**

The purpose of this conspiracy was to commit, and assist in the commission of, the unlawful smuggling of weapons, weapons components, weapons parts, and ammunition from the United States into the Republic of Mexico. The items smuggled or intended to be smuggled in the course of this conspiracy include five AR-style upper receivers, five AR-style lower receivers, five AR-style barrels, five AR-style buffer tubes, five trigger component kits, and five AR-style pistol grips.

**The Means and Methods of the Conspiracy**

The means and methods employed by the defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

It was part of the conspiracy that CESAR IGNACIO PEREZ-BARRIOS and/or his co-conspirators would arrange for the purchase and order, shipping, receiving, transfer, and transportation of weapons, weapons components, weapons parts, and ammunition within the District of Arizona.

It was a further part of the conspiracy that CESAR IGNACIO PEREZ-BARRIOS and/or his co-conspirators would provide the funds and instructions to facilitate the purchase of these weapons, weapons components, weapons parts, and ammunition, and would transfer these funds to other co-conspirators to effectuate these purchases.

It was a further part of the conspiracy that CESAR IGNACIO PEREZ-BARRIOS and/or his co-conspirators would purchase and order the weapons, weapons components, weapons parts, and ammunition from retailers, and direct that these items be shipped to other co-conspirators.

It was a further part of the conspiracy that certain co-conspirators would receive the shipments of weapons, weapons components, weapons parts, and ammunition, and transfer these items to CESAR IGNACIO PEREZ-BARRIOS and/or other co-conspirators.

It was a further part of the conspiracy that CESAR IGNACIO PEREZ-BARRIOS and his co-conspirators intended to facilitate the exportation of the weapons, weapons components, weapons parts, and ammunition from the United States into the Republic of Mexico.

It was a further part of the conspiracy that the weapons, weapons components, weapons parts, and ammunition exported and/or intended to be exported by CESAR IGNACIO PEREZ-BARRIOS and his co-conspirators were included on the United States Munitions List at the time of the acts committed in furtherance of the conspiracy, and therefore were unlawful for exportation from the United States into the Republic of Mexico without an export license.

It was a further part of the conspiracy that neither CESAR IGNACIO PEREZ-BARRIOS nor his co-conspirators had any valid license or other authority to export the weapons, weapons components, weapons parts, and ammunition from the United States into the Republic of Mexico.

**Overt Acts**

In furtherance of the conspiracy, one or more of the co-conspirators committed, or caused to be committed, the overt acts described below:

Beginning in 2016 and through 2019, Raul Acero-Hermosillo, a co-conspirator in Guadalajara, Jalisco, Mexico, requested that Luis Tavera, a co-conspirator in the United States, acquire weapons to smuggle into Mexico. In accordance with the instructions and with the funds provided by Acero-Hermosillo, Tavera purchased numerous weapons in several cities within the United States. These weapons included .50 caliber rifles, AR-15 style rifles, AK-47 style rifles, and approximately 10,000 rounds of ammunition.

After Tavera purchased weapons in the United States to smuggle into Mexico, he contacted CESAR IGNACIO PEREZ-BARRIOS to arrange for the weapons to be smuggled into Mexico. PEREZ-BARRIOS provided Tavera with addresses in the United States and instructed Tavera to deliver or ship the weapons to these addresses. PEREZ-BARRIOS then directed other co-conspirators to pick up the weapons at these addresses and smuggle them across the United States border and into Mexico. Once the weapons were successfully smuggled into Mexico, PEREZ-BARRIOS arranged for another co-conspirator to transport the weapons from Nogales, Sonora, Mexico, to other locations within Mexico.

In or about 2017 through 2019, in Nogales, Sonora, Mexico PEREZ-BARRIOS requested that co-conspirators Ramon Arellano-Ramos and Ada Selene Cerecer-Castro enter the United States to acquire items and smuggle the items into Mexico. Arellano-Ramos and Cerecer-Castro agreed with PEREZ-BARRIOS to do so in exchange for payment. On several occasions during this time period, Arellano-Ramos and Cerecer-Castro acquired weapons and smuggled the weapons into Mexico at the direction of PEREZ-BARRIOS.

On or about April 28, 2019, Acero-Hermosillo and co-conspirator Edmundo Alberto Garcia-Rodriguez contacted PEREZ-BARRIOS and informed him that Garcia-Rodriguez acquired five AR-15 style rifles in Arizona to be smuggled into Mexico. Acero-Hermosillo and PEREZ-BARRIOS coordinated the smuggling of these rifles from the United States into Mexico. PEREZ-BARRIOS agreed to assist in smuggling the rifles into Mexico in exchange for payment.

On or about April 28, 2019, PEREZ-BARRIOS contacted Arellano-Ramos and Cerecer-Castro and directed them to enter the United States, receive the five AR-15 style rifles from Garcia-Rodriguez in Nogales, Arizona, and smuggle the rifles across the border from the United States into Mexico. Arellano-Ramos and Cerecer-Castro agreed to assist in smuggling the rifles into Mexico in exchange for payment.

On or about April 28, 2019, Garcia-Rodriguez acquired five AR-25 style rifles; specifically five AR-style upper receivers, five AR-style lower receivers, five AR-style barrels, five AR-style buffer tubes, five trigger component kits, five AR-style pistol grips. Garcia-Rodriguez then transferred these weapons to Arellano-Ramos and Cerecer-Castro in Nogales, Arizona. Arellano-Ramos and Cerecer-Castro concealed these weapons in their vehicle and attempted to exit the United States and enter Mexico with the weapons.

All in violation of 18 U.S.C. Section 371.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Dated: May 5, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/S/
ANGELA W. WOOLRIDGE
Assistant U.S. Attorney